(96 South. 83)

## Ex parte SLOSS–SHEFFIELD STEEL & IRON CO. (6 Div. 873.)

(Supreme Court of Alabama. April 19, 1923.)

Petition by the Sloss-Sheffield Steel & Iron Company for a writ of certiorari to the Court of Civil Appeals. Writ denied.

Tillman, Bradley & Baldwin and A. Key Foster, all of Birmingham, for petitioner.
W. K. Terry, of Birmingham, opposed.

THOMAS, J. Petition of the Sloss-Sheffield Steel & Iron Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Sloss-Sheffield Steel & Iron Co. v. Lois Brooks, Adm'x, 96 South. 81.
Writ denied.